STRAUB *v.* FIRST MUTUAL BUILDING & LOAN ASSOCIATION.

GILBERT, J. The grounds alleged do not afford equitable jurisdiction to enjoin legal proceedings. The defendant has an adequate remedy by defense to the existing proceedings. Therefore the court did not err in refusing an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Russell, C. J., who dissents.*

No. 9864. MARCH 14, 1934.

673

*Burress & Dillard,* for plaintiff in error.
*Jones, Fuller, Russell & Clapp* and *J. D. McLamb,* contra.